

# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2022

No. 04-22-00158-CR

Clarence Edward **LIPPERT,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 7076
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

The clerk's record and reporter's record were due on May 9, 2022. On May 10, 2022, Ms. Dandy Middleton, the court reporter responsible for preparing, certifying, and filing the record filed a notification of late record stating she needed an additional thirty to forty-five days in which to file the record. Ms. Middleton stated the record would be filed no later than June 17, 2022.

The request for additional time is GRANTED and Ms. Middleton is ORDERED to file the reporter's record **no later than June 17, 2022.**

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of May, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court